UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | Docket No. 12-CR-243-SDW |
|---|---|
| vs. | |
| BRIAN STERN, | ORDER REGARDING SURRENDER DATE |
| Defendant. | |

THIS MATTER having been brought before the Court upon the application of Defendant Brian Stern (Michael A. Baldassare, Esq., appearing), and the Government (Adam N. Subervi, Assistant U.S. Attorney, appearing) having no objection to the relief granted herein, and for good cause shown, it is on this 10th day of ~~September~~ October 2012:

ORDERED that the Defendant's surrender date shall be postponed until ~~September~~ October 25, 2012, or such time after that date as directed by the Bureau of Prisons.

_____
Honorable Susan D. Wigenton,
United States District Judge